STATE OF NEW JERSEY v. RICHARD BIEGENWALD.

July 12, 1984.

This matter having been duly presented to the Court, and the Court having determined that the application is in the nature of a request for clarification of the opinion of the Court that was filed on June 26, 1984, and the Court having further determined that clarification of said opinion is desirable, and good cause otherwise appearing;

It is ORDERED that the opinion of the Court shall be clarified to show that prior convictions for murder cannot be used in subsequent prosecutions pending the conclusion of direct appeal proceedings that challenge the guilty verdict before this Court or the Supreme Court of the United States. Applications for post-conviction relief or collateral proceedings shall not prevent the use of such convictions as an aggravating factor. (See 96 *N.J.* 630)

STATE OF NEW JERSEY v. MARKO BEY.

July 12, 1984.

This matter having been duly presented to the Court, and the Court having determined that the application is in the nature of a request for clarification of the opinion of the Court that was filed on June 26, 1984, and the Court having further determined that clarification of said opinion is desirable, and good cause otherwise appearing;

It is ORDERED that the opinion of the Court shall be clarified to show that prior convictions for murder cannot be used in subsequent prosecutions pending the conclusion of

direct appeal proceedings that challenge the guilty verdict before this Court or the Supreme Court of the United States. Applications for post-conviction relief or collateral proceedings shall not prevent the use of such convictions as an aggravating factor. (See 96 *N.J.* 625)

JOSEPH SIMODIS v. EMHART CORPORATION.

July 12, 1984.

Certification is granted, and the matter is summarily remanded to the Appellate Division, for reconsideration in light of *Green v. Sterling Extruder*, 95 *N.J.* 263 (1984).

Jurisdiction is not retained.

JOHN W. PACKARD v. PACKARD–BAMBERGER & CO., INC. AND PETER W. PACKARD.

July 12, 1984.

Petition for certification denied.

JOHN W. PACKARD v. PACKARD–BAMBERGER, CO., INC. AND PETER W. PACKARD.

July 12, 1984.

Cross-petition for certification denied.